# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

COREY PALMS,

       Plaintiff,

   v.

DR. QUISING, Dentist;
VICKI KAMRATH, Dentist Assistant;
SANDRA SITZMAN, Health Service Manager
or Active Supervisor; SERGEANTS MORRIN
and MADEY; CORRECTIONAL OFFICERS
TOMAC, GRAY, HERBRAND and
MORGAN, JOHN DOES, Nurses-prison official,
individually and in their official capacities,

       Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-C-0044-C

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel                                                                               10/29/07
_____     _____
**by Deputy Clerk**                                                                                 **Date**